UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> LISA A. NEIN <br><br> Defendant(s) | CIVIL NO.  17-00749 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on February 16, 2017.  The summons issued on February 17, 2017 was not received by our office.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>LISA A. NEIN<br><br>　　　　　　　　Defendant | CIVIL NO. 17-00749 |

　　　　I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

　　　　　　LISA A. NEIN
　　　　　　135 Wunder Street
　　　　　　Reading, PA 19602

　　　　　　LISA A. NEIN
　　　　　　918 Moss Street
　　　　　　Reading, PA 19604

by mailing a true and correct copy thereof, postage prepaid, on this 16 day of March, 2017.

　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　KML Law Group, P.C.


　　　　　　　　　　　　　　By: _Brittni Augustin_
　　　　　　　　　　　　　　Brittni Augsutin, Legal Assistant
　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　215-825-6470