# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 17-00749 |
| vs. | |
| LISA A. NEIN | |
| Defendants | |

## ORDER

AND NOW, this 2nd day of June, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted. [1]

_____
JOSEPH F. LEESON, JR., J.

---

[1] Service shall be made within thirty (30) days of the date of this Order.