**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff<br>v.<br><br>LISA A. NEIN<br>          Defendant | Civil Action No:  17-00749 |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                              Respectfully Submitted,

                              KML Law Group, P.C.

                              By: _____
                              Rebecca A. Solarz, Esquire
                              Pennsylvania Attorney I.D. No. 315936
                              Suite 5000 – BNY Independence Center
                              701 Market Street
                              Philadelphia, PA  19106-1532
                              (215) 825-6327
                              Rsolarz@kmllawgroup.com